# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: April 17, 2019

| | | |
|---|---|---|
| * * * * * * * * * * * * | | |
| MAUREEN COOK, | * | UNPUBLISHED |
| | * | |
| Petitioner, | * | No. 18-255V |
| | * | |
| v. | * | Special Master Gowen |
| | * | |
| SECRETARY OF HEALTH | * | Order Concluding Proceedings; |
| AND HUMAN SERVICES, | * | Vaccine Rule 21(a). |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * | | |

<u>Nancy Routh Meyers</u>, Ward Black Law, Greensboro, NC, for petitioner.
<u>Heather Lynn Pearlman</u>, United States Department of Justice, Washington, DC, for respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On April 16, 2019, the parties filed a Joint Stipulation of Dismissal in the above-captioned case. ECF No. 30. Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is **dismissed without prejudice**. The Clerk of the Court is hereby instructed that **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

<u>s/Thomas L. Gowen</u>
Thomas L. Gowen
Special Master

---

[1] Pursuant to the E-Government Act of 2002, *see* 44 U.S.C. § 3501 note (2012), because this opinion contains a reasoned explanation for the action in this case, I am required to post it on the website of the United States Court of Federal Claims. The court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. **This means the opinion will be available to anyone with access to the Internet.** Before the opinion is posted on the court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). "An objecting party must provide the court with a proposed redacted version of the decision." *Id*. **If neither party files a motion for redaction within 14 days, the opinion will be posted on the court's website without any changes.** *Id.*